IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-60632
Summary Calendar
_____

LORENZO ARGUETA,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

_____

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A70-691-686
_____

April 23, 2001

Before JOLLY, SMITH, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Lorenzo Argueta petitions for review of the decision of the Board of Immigration Appeals dismissing his appeal from the immigration judge's decision to deny his application for asylum and for a withholding of deportation. He argues that the Board erred by determining that he did not have a well-founded fear of future persecution in Guatemala because of his union membership. We have reviewed the record and the briefs and determine that the Board's decision is supported by substantial evidence. See Carbajal-Gonzalez v. INS, 78 F.3d 194, 197 (5th Cir. 1996). The petition for review is

---

[*]Pursuant to 5th Cir. Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. Rule 47.5.4.

D E N I E D.